### 13164.   Butler *v.* Augusta Belt Railway Company.

Stephens, J.  This case is controlled by the decision in *Mack* v. *Augusta Belt Ry. Co.,* ante, 816.

> *Judgment reversed.  Jenkins, P. J., concurs.*
> Decided July 24, 1922.

Description, and counsel's names, as in case next before.

---

### 13167.   Walker, admx., *v.* Metropolitan Life Insurance Co.

Jenkins, P. J.  This case is controlled by the rulings made in the very similar case of *Life Insurance Co. of Va.* v. *Pate,* 23 *Ga. App.* 232 (97 S. E. 874).  The judge did not err in refusing a new trial based solely on the general grounds.  See also *Mutual Life Insurance Co.* v. *Bolton,* 22 *Ga. App.* 566 (96 S. E. 442).

> *Judgment affirmed.  Stephens, J., concurs.*
> Decided July 24, 1922.

Action on insurance policy; from Bibb superior court — Judge Mathews.  December 10, 1921.

*R. G. Plunkett, Walter DeFore, J. C. Estes,* for plaintiff.

*Jones, Park & Johnston,* for defendant.